UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PARRISH RARICK | : | NO.: |
| v. | : | |
| BERGEY'S TRUCKS, INC., SALT BAY FREIGHTLINES AND JARVIS SIMPSON | : | JANUARY 21, 2022 |

## **NOTICE OF REMOVAL**

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, Bergey's Trucks, Inc., Salt Bay Freightlines and Jarvis Simpson, hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of New Haven for the following reasons:

1.  The plaintiff commenced the instant action against the undersigned defendants, Bergey's Trucks, Inc., Salt Bay Freightlines and Jarvis Simpson by service of a Summons and Complaint dated December 15, 2021.  The plaintiff served a copy of the Summons and Complaint upon the defendant, Jarvis Simpson, through the Commissioner of Motor Vehicles and U.S. Mail to Mr. Simpson's last known address on December 24, 2021.  The defendant, Jarvis Simpson, received a copy of the Summons and Complaint on December 24, 2021.  The plaintiff served a copy of the

Summons and Complaint upon the defendant, Salt Bay Freightlines through U.S. Mail at defendant's last known address.  The defendant, Salt Bay Freightlines received a copy of the Summons and Complaint on December 24, 2021 to Bergey's Trucks on December 27, 2021, through U.S. Certified Mail/Return Receipt Requested, at defendant's last known address.  The defendant, Bergey's Trucks received a copy on December 29, 2021.

2.     The action is returnable in the Superior Court for the Judicial District of New Haven on January 25, 2022.

3.     The above-described action is a civil action and is one which may be removed to the Court by the defendant pursuant to the provisions of Title 28, United States Code §§1441 and 1332, in that the complaint asserts a motor vehicle action brought by a Connecticut resident, claiming serious, painful and permanent personal injuries arising out of a motor vehicle accident that occurred at the northerly direction on I-91 in the center lane (of three northbound lanes) in Middletown, Connecticut, in the vicinity of Exit 18 and has been brought against the defendant, Bergey's Trucks, a New Jersey corporation, the defendant, Salt Bay Freightlines, Inc., a Pennsylvania corporation, and defendant, Jarvis Simpson, a Maine resident.  More specifically, the plaintiff claims cervical disc injuries that require and/or required surgical intervention. The plaintiff also claims disc protrusions and herniation throughout the lumbar and

thoracic spine, as well as shoulder impingement. Finally, the plaintiff claims concussion and its sequela.

4. Therefore, this action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship.

5. Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendants, Bergey's Trucks, Inc., Salt Bay Freightlines and Jarvis Simpson.

6. The defendants, Bergey's Trucks, Inc., Salt Bay Freightlines and Jarvis Simpson, deny the plaintiff's material allegations.

7. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332 and supplemental jurisdiction pursuant to 28 U.S.C. §1367. The action may be removed to this Court pursuant to 28 U.S.C. §§1441, 1332, and 1446 as the defendants are not citizens of Connecticut.

WHEREFORE, the petitioners pray that the above action now pending in the Superior Court of New Haven be removed therefrom to this Court.

        DEFENDANTS,
        BERGEY'S TRUCKS, INC.,
        SALT BAY FREIGHTLINES AND
        JARVIS SIMPSON

By /s/ *Bryan J. Haas*
   Christopher M. Vossler (ct00373)
   Bryan J. Haas (ct27710)
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1121
   (860) 249-1361
   (860) 249-7665 (Fax)
   cvossler@hl-law.com
   bhaas@hl-law.com

## **CERTIFICATION**

      This is to certify that on January 21, 2022, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Michael J. Rosnick, Esquire
Miller, Rosnick, D'Amico,
 August & Butler, PC
1087 Broad Street
Bridgeport, CT 06604

                                                         */s/ Bryan J. Haas*
                                                         Bryan J. Haas

| | | |
|---|---|---|
| **SUMMONS - CIVIL**<br>JD-CV-1 Rev. 2-20<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov |

**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | (203) 503-6800 | 01/25/2022 |

| [x] Judicial District   G.A.<br>[ ] Housing Session  [ ] Number: | At (City/Town)<br>New Haven | Case type code (See list on page 2)<br>Major: V    Minor: 01 |
|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Michael J. Rosnick; Miller Rosnick D'Amico August & Butler PC, 1087 Broad St, Bridgeport 06604 | 038116 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (203) 334-0191 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [ ] Yes  [x] No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: RARICK, PARRISH<br>Address: 9 Benham Hill Place, Hamden, CT 06514 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: BERGEY'S TRUCKS, INC.<br>Address: 7255 North Crescent Blvd, Pennsauken, NJ 08110 | D-01 |
| Additional defendant | Name: SALT BAY FREIGHTLINES, INC.<br>Address: 2986 Old Bethlehem Pike, Zion Hill, PA 18981 | D-02 |
| Additional defendant | Name: SIMPSON, JARVIS<br>Address: PO Box 638, Turner, ME 04282 | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 3 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
**The court staff is not allowed to give advice on legal matters.**

| Date<br>12/15/2021 | Signed (Sign and select proper box)<br>*Michael J. Rosnick* /TR | [x] Commissioner of Superior Court<br>[ ] Clerk | Name of person signing<br>MICHAEL J. ROSNICK |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| For Court Use Only |
|---|
| File Date |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
    Do <u>not</u> use this summons for the following actions:
    (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
    (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
    (c) Applications for change of name
    (d) Probate appeals
    (e) Administrative appeals
    (f) Proceedings pertaining to arbitration
    (g) Summary Process (Eviction) actions
    (h) Entry and Detainer proceedings
    (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 90 | All other | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 10 | Receivership | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 05 | Motor Vehicles* - Property Damage only |
| | M 20 | Mandamus | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 09 | Motor Vehicle* - All other |
| | M 40 | Arbitration | | V 10 | Boats |
| | M 50 | Declaratory Judgment | | V 20 | Airplanes |
| | M 63 | Bar Discipline | | V 30 | Railroads |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | |
|---|---|
| RET DATE: 4TH TUESDAY JANUARY 2022 : | SUPERIOR COURT |
| PARRISH RARICK : | J.D. OF NEW HAVEN |
| VS. : | AT NEW HAVEN |
| BERGEY'S TRUCKS, INC., SALT BAY FREIGHTLINES, INC. AND JARVIS SIMPSON : | DECEMBER 15, 2021 |

## COMPLAINT

### FIRST COUNT:

1. On or about April 3, 2020, at approximately 4:35 a.m., the Plaintiff, PARRISH RARICK, was operating a motor vehicle in a northerly direction on I-91 in the center lane (of three northbound lanes) in Middletown, Connecticut, in the vicinity of Exit #18.

2. At said time and place, the Defendant, JARVIS SIMPSON, was operating a motor vehicle, which was owned by the Defendant, BERGEY'S TRUCKS, INC., and/or the Defendant, SALT BAY FREIGHTLINES, INC., and which was proceeding in a northerly direction on I-91 in the center lane (of three northbound lanes) in Middletown, Connecticut, in the vicinity of Exit #18, and somewhere in front of the Plaintiff's motor vehicle.

3. At all relevant times herein, the Defendant, JARVIS SIMPSON was operating said motor vehicle within his general authority to operate it and/or he was operating it, at all relevant times herein, as the agent, servant and/or employee of the

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

Defendant, BERGEY'S TRUCKS, INC., and/or the Defendant, SALT BAY FREIGHTLINES, INC., and/or he was a permissive user.

4. As the Plaintiff's vehicle was properly proceeding on I-91, suddenly and without warning, a portion of the Defendant's rear axel, including at least one tire (rim and/or tire), and other mechanical parts fell off the Defendant's truck, and struck the motor vehicle, which was being operated by the Plaintiff, causing the Plaintiff to suffer the injuries and damages hereinafter set forth.

5. The aforesaid collision and resulting injuries and damages to the Plaintiff were caused by the negligence and carelessness of the Defendants, JARVIS SIMPSON, and/or BERGEY'S TRUCKS, INC, and/or the Defendant, SALT BAY FREIGHTLINES, INC., acting through their agents, servants, and employees, including the Defendant, JARVIS SIMPSON, in one or more of the following respects:

    a. in that they failed to maintain said truck, which they owned, possessed and/or controlled, in a reasonable manner;

    b. in that they failed to inspect said truck in violation of Connecticut General Statutes §14-163e;

    c. in that they failed to timely and properly perform maintenance such as, among other things, correctly installing brakes and brake calipers;

    d. in that drove said truck on a public highway when they knew, or should have known, that the truck was dangerous and defective condition;

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4282

(203) 334-0191
JURIS # 38116

2

  e. in that they drove said truck at an unreasonable, improper and excessive rate of speed having regard to the curves, width, traffic and use of said highway, the intersection of said streets and the weather conditions then and there existing in violation of Connecticut General Statutes §14-218a; and,

  f. in that they did not use the degree of care which a reasonable and prudent person would have used under like circumstances.

6. As a proximate result of said occurrence and of the carelessness and negligence of the Defendants, the Plaintiff, PARRISH RARICK, sustained the following injuries of a serious, painful and permanent nature:

  a. cervical disc injuries that require surgical intervention;

  b. injury to C6 nerve root that requires surgical intervention;

  c. a disc herniation at C3-4;

  d. a disc protrusion/herniation at C2-3 with annular tear;

  e. a disc bulge at C6-7;

  f. C4-5 and C5-6 stenosis;

  g. cervical radiculopathy;

  h. a sprain of the cervical spine;

  i. reduced range of motion of the cervical spine;

  j. disc bulges at L3-4, L4-5 and L5-S1 with impingement;

  k. lumbar radiculopathy;

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

3

l.   a sprain of the lumbar spine;

m.   reduced range of motion of the lumbar spine;

n.   disc protrusion/herniation at T7-8;

o.   a strain/sprain of the thoracic spine;

p.   reduced range of motion of the thoracic spine;

q.   left shoulder pain and injury;

r.   left shoulder impingement;

s.   bilateral hand pain and injury;

t.   bilateral hand numbness, tingling and weakness;

u.   left hip pain and injury;

w.   left leg pain and injury;

x.   left leg numbness, tingling and weakness;

z.   bilateral arm pain and injury;

aa.  bilateral arm numbness, tingling and weakness;

bb.  head trauma;

cc.  a concussion;

dd.  post-concussive syndrome ;

ee.  headaches;

ff.  sensitivity to light;

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

4

 gg. sensitivity to sound;

 hh. muscle spasms;

 ii. sleep disorder; and,

 jj. bruises, sprains and contusions of his head, body and limbs.

7. As a further result of the Defendant's negligence and/or carelessness, the Plaintiff, PARRISH RARICK, received a general shock to his nervous system. He has endured and will continue to endure for a long period of time, great mental and physical suffering. He has been and will be permanently restricted and deprived of the usual pleasures, pursuits, diversions and recreations of life.

8. As a further result of the Defendant's negligence, the Plaintiff has incurred expenses for medical care and attention and may continue to do so in the future.

9. In addition, as a result of the Defendant's negligence, the Plaintiff lost wages and/or suffered a loss of earning capacity.

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

5

WHEREFORE, with regard to the First Count, the Plaintiff claims monetary damages through the jurisdiction of this Court.

THE PLAINTIFF,

By *Michael J. Rosnick*
MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris #: 038116

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

6

| | | |
|---|---|---|
| RET DATE: 4TH TUESDAY JANUARY 2022 | : | SUPERIOR COURT |
| PARRISH RARICK | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| BERGEY'S TRUCKS, INC., SALT BAY FREIGHTLINES, INC. AND JARVIS SIMPSON | : | DECEMBER 15, 2021 |

### AMOUNT IN DEMAND

The amount, legal interest or property in demand is FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000.00) DOLLARS or more exclusive of interest and costs.

THE PLAINTIFF,

By /s/ Michael J. Rosnick
MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris #: 038116

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262

(203) 334-0191

JURIS # 38116

7